[Dntchrga] [District Notice of Preliminary Hearing or Status Conference (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:16–bk–07815–CCJ |
| | Chapter 7 |
| Orlando Cruz | |

_____Debtor\*_____/

Jessica Doiron

Plaintiff\*

vs.                                                                                          Adv. Pro. No. 6:17–ap–00043–CCJ

Orlando Cruz

_____Defendant\*_____/

NOTICE OF STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A status conference in this proceeding will be held on May 10, 2018 , at 10:45 AM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

2. The Court may continue this status conference upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Parties are reminded to comply with all requirements of Local Rule 7001–1.

5. Avoid delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

|  |  |
|---|---|
|  | FOR THE COURT |
| Dated: March 30, 2018 | Sheryl L. Loesch , Clerk of Court |

        George C. Young Federal Courthouse
        400 West Washington Street
        Suite 5100
        Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.