**[6APNOT01A]** [Adversary Notice to Appllant of Responsibilities]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                 Case No. 6:16−bk−07815−KSJ

                                                       Chapter 7

Orlando Cruz


_____Debtor(s)_____/

Jessica Doiron



            Plaintiff(s)

vs.                                                    Adv. Pro. No. 6:17−ap−00043−KSJ


Orlando Cruz



_____Defendant(s)_____/

NOTICE TO APPELLANT OF RESPONSIBILITIES

    NOTICE IS GIVEN TO THE APPELLANT that the Appellant shall, within 14 days of the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

    1. Designation of the items to be included in the record on appeal and serve a copy upon the appellee;

    2. Statement of the issues to be presented and serve a copy upon the appellee; and

    3. Written request for the transcript and deliver a copy to the court reporter where the record designation includes a transcript of any proceeding or a part thereof.


                                        FOR THE COURT
                                        Sheryl L. Loesch, Clerk of Court
                                        George C. Young Federal Courthouse
                                        400 West Washington Street
                                        Suite 5100
                                        Orlando, FL 32801

        A. Bonilla,
        Deputy Clerk