ORDERED.

Dated: April 14, 2021

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | ) |
| | ) |
| Orlando Cruz, | ) Case No. 6:16-bk-07815-KSJ |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| Jessica Doiron, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Adversary No. 6:17-ap-00043-KSJ |
| | ) |
| Orlando Cruz, | ) |
| | ) |
| Defendant. | ) |

**ORDER DIRECTING RESPONSE**

On April 12, 2021, the parties filed a Joint Motion for Approval of Compromise of Claims (the "Motion") (Doc. No. 183). Because the compromise should have been

noticed by negative notice under Federal Rule of Bankruptcy Procedure 9019, the Court will direct both parties to file any objection to the Motion within 21 days. Accordingly, it is

**ORDERED:**

1. Parties may object to the relief requested in the Motion by filing a response with the Clerk of Court at 400 West Washing Street, Suite 5100, Orlando, Florida 32801 by **May 7, 2021**.

2. Objections, if any, will be heard at **10:15 a.m. on June 10, 2021**.

###

Attorney Neil L. Henrichsen is directed to serve a copy of this order on interested non-CM/ECF users and file a proof of service within three (3) days of entry of this order.